# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

<mark>DATE 8/6/2015</mark>

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 7:20:25 PM
CHRISTOPHER A. PRINE
Clerk

TO:     14TH COURT OF APPEALS

From:   **Deputy Clerk: PHYLLIS WASHINGTON**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:** <mark>2014-33603</mark>

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** <mark>65940567</mark>

**DUE** 10/21/2015        **ATTORNEY** 24094796

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:** 6/23/2015

**REQUEST FOR FINDINGS OF FACT DATE FILED** 6/23/2015

**REQUEST TRANSCRIPT DATE FILED** NONE

**NOTICE OF APPEAL DATE FILED** 8/5/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☐ **IMAGED FILED: YES** ☐ **NO** ☐

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON , Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)** |
| **NA** | **AMENDED NOTICE OF APPEAL** |

NO. 2014-33603

| | | |
|---|---|---|
| LAURIE POE | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OMNI FLOW COMPUTERS, INC. | § | 11th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE COURT:

Plaintiff, Laurie Poe, hereby gives notice of her desire to appeal the final judgment signed on or about June 23, 2015, by the 11th Judicial District of Harris County, Texas, in cause number 2014-33603, styled Laurie Poe v. Omni Flow Computers, Inc.

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by plaintiff, Laurie Poe.

Dated: August 5, 2015.

1

Respectfully submitted,

/s/Linda Leeser
Linda Leeser
SBN 24094796
Law Office of Linda Leeser
8800 Broadway St., Suite 210
San Antonio, TX 78217
210.997.2914
210.504.4486 (f)

ATTORNEY FOR PLAINTIFF,
LAURIE POE

## CERTIFICATE OF SERVICE

I hereby certify that I have served the forgoing document upon the attorneys of record for defendant, Omni Flow Computers, Inc., by electronic service on this day.

Date: August 5, 2015

/s/Linda Leeser
Linda Leeser

5/14/2015 1:21:21 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 5285350
By: DE LA ROSA, GABRIELA
Filed: 5/14/2015 1:21:21 PM

Pgs-1

NCA
7

CAUSE NO. 2014-33603

| | | |
|---|---|---|
| LAURIE POE, PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT FOR |
| vs. | §<br>§ | HARRIS COUNTY, TEXAS |
| OMNI FLOW COMPUTERS, INC., DEFENDANT | §<br>§<br>§ | 11ᵀᴴ JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT OMNI FLOW COMPUTERS, INC.'S MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on the date set forth below, came on for consideration Defendant Omni Flow Computers, Inc.'s ("Defendant") Motion for Summary Judgment, and the Court having considered same, is of the opinion that said Motion should in all things be granted in its entirety. It is therefore:

**ORDERED** that Defendant's Motion for Summary Judgment should be and is hereby **GRANTED** in its entirety. All of Plaintiff Laurie Poe's ("Plaintiff") claims against Defendant are dismissed with prejudice.

SIGNED this _____ day of _____, 2015.

Signed:
6/23/2015

_____
JUDGE PRESIDING

1104212/23506480v.1

## NO. 2014-33603

| | | |
|---|---|---|
| LAURIE POE, | § | IN THE CIVIL COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 11TH JUDICIAL DISTRICT |
| | § | |
| OMNI FLOW COMPUTERS, INC. | § | |
| DEFENDANT | § | HARRIS COUNTY, TEXAS |

### LAURIE POE'S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

LAURIE POE, Plaintiff, asks the court to file findings of fact and conclusions of law.

### A. Introduction

1. Plaintiff is LAURIE POE; Defendant is OMNI FLOW COMPUTERS, INC.

2. The court signed *Order Granting Defendant Omni Flow Computers, Inc.'s Motion for Summary Judgment* on June 23, 2015.

### B. Request

3. Plaintiff asks the court to file findings of fact and conclusions of law and require the court clerk to mail copies of all parties, as required by Texas Rule of Civil Procedure 297.

4. Plaintiff files this request within 20 days after the court signed the judgment.

Respectfully submitted,

**BEN J. RAIA & ASSOCIATES, PLLC**
306 S. Friendswood Drive, Unit C-2
Friendswood, Texas 77546
Tel: (281) 333-8456
Fax: (281) 333-8586
Email: BJRoffice@gmail.com

By: /s/ Ben J. Raia
    Ben J. Raia
    State Bar No. 24062952
    Attorney for Plaintiff

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on June 30, 2015.

 /s/ Ben J. Raia
Ben J. Raia
Attorney for Plaintiff

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    AUG 07, 2015(C1)
INT6510                 CIVIL CASE INTAKE               OPT: _____  -  INT
                      GENERAL PARTY INQUIRY             PAGE:   1  -    1

CASE NUM: 201433603__ PJN> __  TRANS NUM: _____ CURRENT COURT: 11  PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: DISPOSED (FINAL)
STYLE: POE, LAURIE                    VS OMNI FLOW COMPUTERS INC
========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME          PTY   ASSOC. ATTY
  NUM   NUMBER                                      STAT
_     00003-0001 AGT        OMNI FLOW COMPUTERS INC BY SER
_     00002-0001 DEF 12188690 OMNI FLOW COMPUTERS INC        LEMAY, GLENN
_     00002-0001 PAD 22085600 WUKOSON, DAVID J.
_     00001-0001 PLT 24062952 POE, LAURIE                    RAIA, BEN JOS




==> (4) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```